CC: BAP, USBK

JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>Alameda Investments, LLC<br><br>            Debtor,<br>_____<br><br>Angelo Tsakopoulos and<br>Brian C. Vail,<br><br>            Appellants,<br><br>     v.<br><br>Alameda Investments,<br>LLC,<br><br>            Appellee.<br>_____ | Case No.<br>CV 13-1917-JGB<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed on herewith, the Bankruptcy Court's Order disallowing the claims filed by Appellants Angelo Tsakopoulos and Brian C. Vail is AFFIRMED.  The Court orders that such judgment be entered.

Dated: September 24, 2014

                                    JESUS G. BERNAL<br>                            United States District Judge